| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Markovitz, Bernard | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>08/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Recalled U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>03/15/2012 |
| 7. Chambers or Office Address<br><br>480 Chapel Court<br>Pittsburgh, PA 15237 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property # 2, Pittsburgh, PA | D | Rent | M | W | | | | | |
| 2. Rental Property # 1, Pittsburgh, PA | D | Rent | L | W | | | | | |
| 3. City of Pittsburgh General Obligation | B | Dividend | J | T | | | | | |
| 4. Allegheny County, PA Revenue Bond | B | Dividend | K | T | | | | | |
| 5. Dollar Bank Pay-By-Phone Pittsburgh, PA | A | Interest | K | T | | | | | |
| 6. Reliant Industries, Inc. | C | Dividend | K | T | | | | | |
| 7. Public Service Electric & Gas | B | Dividend | K | T | | | | | |
| 8. State of California | B | Dividend | L | T | | | | | |
| 9. 10 Corporation Income Fund Series | B | Dividend | K | T | | | | | |
| 10. Eastman Kodak | B | Dividend | K | T | | | | | |
| 11. Columbia Savings Association CD | B | Dividend | L | T | | | | | |
| 12. Columbia Savings Association CD | B | Dividend | L | T | | | | | |
| 13. FNMA | B | Dividend | K | T | | | | | |
| 14. Master Global Mutual Fund | B | Dividend | K | T | | | | | |
| 15. Pittsburgh Urban Redevelopment Authority | B | Dividend | | | Matured | 10/03/11 | J | A | Public Transaction |
| 16. Chemical Bank | D | Dividend | M | T | | | | | |
| 17. New York State Electric & Gas | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ohio Edison Co.-PHR | B | Dividend | L | T | | | | | |
| 19. Cumberland Valley School District | A | Dividend | J | T | | | | | |
| 20. Pittsburgh School District | B | Dividend | K | T | | | | | |
| 21. Pittsburgh School District | B | Dividend | K | T | | | | | |
| 22. Cocalico School District | B | Dividend | K | T | | | | | |
| 23. Pennsbury School District | B | Dividend | K | T | | | | | |
| 24. PFEH/EMPT | B | Dividend | K | T | | | | | |
| 25. PFEG/TJ | A | Dividend | J | T | | | | | |
| 26. Wilmington Schools | A | Dividend | J | T | | | | | |
| 27. State Public Schools | B | Dividend | K | T | | | | | |
| 28. PA State | A | Dividend | J | T | | | | | |
| 29. Hampton Sanitation | A | Dividend | J | T | | | | | |
| 30. Strategic Global Income | A | Dividend | J | T | | | | | |
| 31. TVA Power Bonds | A | Dividend | J | T | | | | | |
| 32. Federated Homeloan Pref | A | Dividend | J | T | | | | | |
| 33. Travelers Pref | A | Dividend | J | T | | | | | |
| 34. Chase Manhattan Pref | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TVA Power Bonds | A | Dividend | J | T | | | | | |
| 36. Household Int'l Pref | A | Dividend | J | T | | | | | |
| 37. Ford Motor Pref | A | Dividend | J | T | | | | | |
| 38. BankAmerica Pref | A | Dividend | J | T | | | | | |
| 39. Allegheny County Presbyterian Hospital | A | Dividend | J | T | | | | | |
| 40. Dauphne County PA Tax Free | A | Dividend | J | T | | | | | |
| 41. Exeter Township PA School District | B | Dividend | K | T | | | | | |
| 42. Westmoreland County Municipal | B | Dividend | K | T | | | | | |
| 43. Bucks County Water & Sewer | B | Dividend | K | T | | | | | |
| 44. Intel Coporation | B | Dividend | J | T | | | | | |
| 45. AT&T Corporation | B | Dividend | J | T | | | | | |
| 46. PPG Industries | A | Dividend | J | T | | | | | |
| 47. Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 48. Clayton Homes | A | Dividend | J | T | | | | | |
| 49. MacDermid, Inc. | A | Dividend | J | T | | | | | |
| 50. Respironics, Inc. | A | Dividend | K | T | | | | | |
| 51. Staples, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sherwin-Williams, Inc. | A | Dividend | J | T | | | | | |
| 53. Boeing Co. | A | Dividend | J | T | | | | | |
| 54. Chevron | A | Dividend | J | T | | | | | |
| 55. General Electric Co. | A | Dividend | J | T | | | | | |
| 56. Belden, Inc. | A | Dividend | J | T | | | | | |
| 57. Occidental Petroleum Corp. | A | Dividend | J | T | | | | | |
| 58. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 59. Cisco Sys Inc. | A | Dividend | K | T | | | | | |
| 60. Deere & Co. | A | Dividend | J | T | | | | | |
| 61. Schumberger Ltd. | A | Dividend | J | T | | | | | |
| 62. Tricon Global Res. | A | Dividend | J | T | | | | | |
| 63. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 64. Federated Invest Inc. | A | Dividend | J | T | | | | | |
| 65. Deere & Co. | A | Dividend | J | T | | | | | |
| 66. Ford Motor | A | Dividend | J | T | | | | | |
| 67. AT&T Corp. | A | Dividend | J | T | | | | | |
| 68. Microsoft | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intuit | A | Dividend | K | T | | | | | |
| 70. Motorola | A | Dividend | J | T | | | | | |
| 71. Texas Instruments | A | Dividend | J | T | | | | | |
| 72. Oracle Corp. | A | Dividend | J | T | | | | | |
| 73. PA HsgFin Agency S/F Mtg | A | Dividend | J | T | | | | | |
| 74. Philadelphia PA Gas Wks | A | Dividend | | | Redeemed | 12/14/11 | J | A | Public Redemption |
| 75. Philadelphia PA Pkg A | A | Dividend | K | T | | | | | |
| 76. Westmoreland Co PA M./A | A | Dividend | J | T | | | | | |
| 77. Pine Richland Sch Dist | A | Dividend | K | T | | | | | |
| 78. Pittsburgh PA Urban | A | Dividend | K | T | | | | | |
| 79. Philadelphia PA Waterwrk | A | Dividend | | | Redeemed | 12/14/11 | J | A | Public Redemption |
| 80. Hampton Twp PA Sch Dist | A | Dividend | J | T | | | | | |
| 81. Pittsburgh PA Wtr Sew A | A | Dividend | K | T | | | | | |
| 82. Tyco | A | Dividend | J | T | | | | | |
| 83. Pfizer/PFE | A | Dividend | J | T | | | | | |
| 84. Baxter | A | Dividend | J | T | | | | | |
| 85. Ansoft | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 3M (MMM) | A | Dividend | K | T | | | | | |
| 87. Bristol Meyers (BMY) | A | Dividend | K | T | | | | | |
| 88. EPD (Enterprise Products) | A | Dividend | J | T | | | | | |
| 89. SO (Southern) | A | Dividend | J | T | | | | | |
| 90. Philadelphia PA General FSA | A | Dividend | K | T | | | | | |
| 91. Delaware Co PA IDA Ser Rev | A | Dividend | J | T | | | | | |
| 92. Luzerne Cnty Penn Co Ult Ser | A | Dividend | K | T | | | | | |
| 93. Duke Realty | A | Dividend | J | T | | | | | |
| 94. Comcast Corp. | A | Dividend | J | T | | | | | |
| 95. AC Moore Arts & Crafts | D | Dividend | J | T | | | | | |
| 96. Rite-Aid Corporation | D | Dividend | J | T | | | | | |
| 97. California Water | D | Dividend | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markovitz, Bernard | 08/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report covers the period of 01/01/2011 through 03/15/2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544